# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

GIFT DEVINE ALLAH,

            Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

            Defendant.

_____/

Case No.  1:14-cv-1988-SKO

**ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

(Doc. 2)

Plaintiff Gift Devine Allah filed a complaint on December 12, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.  The Clerk of Court is DIRECTED to issue a summons; and

3.  The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **December 16, 2014**                    **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE