UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| GIFT DEVINE ALLAH, | ) No. 1:14-cv-01988-SKO |
| | ) |
| Plaintiff, | ) **ORDER EXTENDING BRIEFING** |
| | ) **SCHEDULE** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

On August 12, 2015, the parties filed a stipulated request that Plaintiff be permitted an additional 30 days to file her opening brief. (Doc. 13.) Plaintiff's counsel requests additional time to fully research the issues presented by the case. (Doc. 13.) This is Plaintiff's first request for an extension.

Accordingly, it is HEREBY ORDERED that:

1.   Plaintiff's opening brief shall be filed by no later than September 7, 2015;

2.   Defendant's responsive brief shall be filed by no later than October 7, 2015, and

3.   Plaintiff may file an optional reply brief by no later than October 22, 2015.

IT IS SO ORDERED.

Dated:   **August 13, 2015**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

[Prop.] Order Extending Briefing Schedule, No. 1:14-cv-01245-SKO