# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| GIFT DIVINE ALLAH, | Case No.: 1:14-cv-01988-SKO |
| Plaintiff, | **ORDER TO CLOSE THE CASE** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On September 8, 2015, the parties filed a stipulation dismissing the case with prejudice, each party to bear her own fees, costs, and expenses pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This action has been terminated pursuant to the parties' stipulation.

Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **September 11, 2015**            /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE